IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CEDRIC K. JONES, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | Civil No. AMD 05-1904 |
| | : | |
| KEITH B. ALEXANDER, | : | |
| DIRECTOR, NAS, | : | |
|     Defendant | : | |

...o0o...

## MEMORANDUM OPINION

The plaintiff, Cedric K. Jones, an African-American and a former employee of the National Security Agency, acting pro se, instituted this employment discrimination lawsuit under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000(e) *et seq*. Now pending is defendant's unopposed motion to dismiss or in the alternative for summary judgment which, because matters outside the pleadings have been considered, shall be treated as a motion for summary judgment. Plaintiff has been advised by the clerk of the danger of failing to file an appropriate response to the motion. *See Roseboro v. Garrison*, 528 F.2d 309, 310 (4th Cir. 1975). The court has carefully reviewed the motion and it is evident that defendant is entitled to judgment as a matter of law on the ground of failure to exhaust. Accordingly, the motion shall be granted. An Order follows.

Filed: January 29, 2007                                 /s/_____
                                                                               ANDRÉ M. DAVIS
                                                                               United States District Judge